AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON AT SEATTLE__

MICROSOFT CORPORATION, a Washington corporation,

     Plaintiff,

V.

LEONID "LEO" RADVINSKY, an individual, CYBERPOWER PTY, LTD., a foreign corporation, CYBERTANIA, INC., an Illinois corporation, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 1-20,

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV4 2033 C

TO: (Name and address of Defendant)

 Leonid "Leo" Radvinsky
 1730 N. Clark St., Apt. 2313
 Chicago, IL 60614

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Bateman
Robert J. Dzielak
Preston Gates & Ellis LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
(206) 623-7580

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE _____

CLERK

(By) DEPUTY CLERK

SEP 2 7 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 29th, 04 |
| NAME OF SERVER (PRINT) Robert W. Brindac Jr | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1730 N. Clark St. Apt. 2313 Chicago, IL. 60614

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/29/04
Date

Signature of Server

Address of Server
Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.