Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MICROSOFT CORPORATION,<br>a Delaware corporation, | ) )<br>) | No. CV4-2033C |
| Plaintiff, | ) )<br>)<br>) | ANSWER, AFFIRMATIVE<br>DEFENSES, AND COUNTER-<br>CLAIMS OF |
| | ) )<br>) | DEFENDANTS LEONID<br>RADVINSKY, ACTIVSOFT, |
| v. | ) )<br>) | INC., CYBERPOWER PTY,<br>LTD., AND CYBERTANIA, INC. |
| LEONID "LEO" RADVINSKY, an<br>individual; CYBERPOWER PTY, LTD.,<br>a foreign corporation; CYBERTANIA,<br>INC., an Illinois corporation;<br>ACTIVSOFT, INC., an Illinois<br>corporation; and JOHN DOES 1-20, | ) )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

_____

ANSWER

   NOW COME defendants CYBERPOWER, PTY, LTD., LEONID "LEO"

RADVINSKY, CYBERTANIA, INC., and ACTIVSOFT, INC., through their attorneys,

THOMPSON GIPE, P.C., and respectfully Answer plaintiff's Complaint, as follows:

I.  SUMMARY

---

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:1

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

Defendants deny each and every allegation proffered by plaintiff to the extent those allegations involve defendants.  Defendants have insufficient knowledge to either admit or deny plaintiff's allegations to the extent those allegations involve plaintiff's business practices.

II. JURISDICTION AND VENUE

1.      With respect to Section I of Plaintiff's complaint, Defendants admit plaintiff's claim that it is bring ing suit under various state and/or federal laws; that it is seeking various forms of relief; and that this court appears to have jurisdiction over the claims alleged and the Defendants, but deny any suggestion that defendants have caused plaintiff any harm or that the events complained of by plaintiff involved defendants, whether those events occurred in the past, or are continuing to occur; all of paragraph 3 of Section I of Plaintiff's complaint; and deny that they, or any of them, has committed a tortious act, used personal property in the State of Washington, or have purposefully availed themselves of the opportunity to conduct commercial activities in the State of Washington.

III.  THE PARTIES

2.      Defendants have insufficient information to either admit or deny plaintiff's allegation No. 7.

3.      With respect to Plaintiff's complaint section 8, Defendant Leonid "Leo" Radvinsky, (hereinafter "Radvinsky"), admits he is an individual residing in Illinois and has ownership and/or operating interests in defendants Cyperpower, Cybertainia, and ActivSoft.  Radvinsky admits that he is the owner of internet websites which advertised "Free Grants," including the websites

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:2

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

<www.grantgiveawsays.com> and <www.freegrantsnow.com>, but denies he is the owner of <www.mygrantnow.org>, <www.securedgrant.com>, and <www.yourfreegrant.com.  Defendant Radvinsky has insufficient information to either admit or deny the remainder of plaintiff's allegation No. 8, and accordingly, demands strict proof thereof.

4.    With respect to Plaintiff's complaint section 9, Defendant Cyberpower Pty, Ltd., ( hereinafter, "Cyberpower"), denies it is a foreign corporation.

5.    With respect to Plaintiff's complaint section 10, Defendant Cybertania admits that it is an Illinois corporation with its principal place of business in Glenview, Illinois.

6.    Plaintiff's allegation No.12 is not directed to defendants Cyberpower, Radvinsky Cybertania and Activsoft, and so these defendants do not Answer. Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 12.

7.    Defendants deny paragraph 13 of Plaintiff's complaint.

IV.  NATURE OF MISCROSFOT'S INTERNET EMAIL SERVICES

8.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 14, and accordingly demands strict proof thereof.

9.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 15, and accordingly demands strict proof thereof.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:3

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

10.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 16, and accordingly demands strict proof thereof.

11.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 17, and accordingly demands strict proof thereof.

12.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 18, and accordingly demands strict proof thereof.

13.     Defendants Cyberpower, Radvinsky, Cybertania  and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 19, and accordingly demands strict proof thereof.

14.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 20, and accordingly demands strict proof thereof.

15.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 21, and accordingly demands strict proof thereof.

16.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 22, and accordingly demands strict proof thereof.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:4

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

17.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 23, and accordingly demands strict proof thereof.

18.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft have insufficient information to either admit or deny plaintiff's allegation No. 24, and accordingly demands strict proof thereof.

V.  DEFENDANTS' UNLAWFUL CONDUCT

19.     Defendants Cyberpower, Radvinsky, Cybertania  and Activsoft deny each and every element of plaintiff's allegation No. 25.

20.     To the extent not already admitted or denied herein, Defendants Cyberpower, Radvinsky, Cybertania and Activsoft admit plaintiff's allegation No. 26.

21.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 27.

22.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 28.

23.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 29.

24.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 30.

25.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 31.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:5

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

26.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft lack sufficient information to admit or deny paragraph 32 of Plaintiff's complaint, and so deny each and every element of plaintiff's allegation No. 32.

27.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft lack sufficient information to admit or deny paragraph 33 of Plaintiff's complaint, and so deny each and every element of plaintiff's allegation No. 33.

COUNT I

VIOLATION OF THE CAN-SPAM ACT

28.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-27, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 34.

29.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 35.

30.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 36.

31.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 37.

32.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 38.

COUNT II

OTHER VIOLATIONS OF THE CAN-SPAM ACT

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

33.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-32, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 39.

34.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 40 and its subparts.

35.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 41.

36.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 42.

37.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 43.

COUNT III

TRESPASS TO CHATTELS

38.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-37, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 44.

39.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft lack sufficient information to admit or deny paragraph 45 of Plaintiff's complaint, and so deny the whole thereof.

40.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 46.

41.    Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 47.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:7

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

42.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 48.

COUNT IV

VIOATION OF THE WASHINGTON COMMERCIALELECTRONIC MAIL ACT AND CONSUMER PROTECITON ACT

43.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-42, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 52.

44.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 53, and subparts thereof.

45.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 54.

46.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 55.

47.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 56.

COUNT V

VIOLATION OF THE FEDERAL COMPUTER FRAUD AND ABUSE ACT

48.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-47, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 57.

49.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 58.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:8

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

50.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 59.

51.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 60.

COUNT VI

OTHER VIOLAITON OF THE FEDERAL COMPUTER FRAUD AND ABUSE ACT

52.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-51, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 61.

53.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 62.

54.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 63.

55.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 64.

COUNT VII

VIOLAITON OF THE LANHAM ACT

56.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft re-assert their answers to paragraphs 1-55, hereinabove, as if those answers are restated as defendants' answer to plaintiff's allegation No. 65.

57.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 66.

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:9

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

58.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 67.

59.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 68.

60.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 68.

61.     Defendants Cyberpower, Radvinsky, Cybertania and Activsoft deny each and every element of plaintiff's allegation No. 69.

AFFIRMATIVE DEFENSES

55.     Defendant alleges the following affirmative defenses:

a.      Improper service;

b.      Improper venue;

c.      Fault of a non-party;

d.      Fault of the plaintiff;

g.      Laches;

e.      Estoppel;

f.      Waiver;

g.      Assumption of risk;

h.      Contributory negligence;

i.      fraud or illegality;

j.      Defendant reserves the right to amend its answer to include other and further affirmative defenses, as they become known to defendant.

COUNTERCLAIMS/CROSS-CLAIMS

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:10

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

**JURY DEMAND**

Defendants Cyberpower, Radvinsky, Cybertania and Activsoft hereby demand a trial by jury of all issues related hereto.

**WHEREFORE**, defendants Cyberpower, Radvinsky, Cybertania and Activsoft respectfully pray that this Honorable Court enter an Order:

/s/ Lindsay Thompson
Lindsay Thompson, WSBA 15432
Thompson Gipe, P.C.
Attorneys for Defendants
Radvinsky, Activsoft and Cyberpower, Inc.
1900 W. Nickerson Street, Suite 209
Seattle WA 98119-1650
(206) 285-4130

NOTICE OF APPEARANCE FOR DEFENDANTS
RADVINSKY AND ACTIVSOFT, INC:11

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610

CERTIFICATE OF SERVICE

     I hereby certify that on October 13, 2004 I electronically filed the foregoing Notice of Appearance for Defendants Radvinsky, Activsoft, Inc. and Cyberpower Pty, Ltd. using the CM/ECF system which will send notification of such filing to the following:  David Bateman and Robert Dzielak, counsel for plaintiff.

                            /S/ Lindsay Thompson
                            Lindsay Thompson

THOMPSON GIPE
Attorneys At law
A Professional Corporation

1900 West Nickerson
Suite 209
Seattle, Washington 98119
Phone: (206) 285-4130
Facsimile: (206) 285-4610