Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONID "LEO" RADVINSKY, an individual, CYBERPOWER PTY, LTD., a foreign corporation, CYBERTANIA, INC., an Illinois corporation, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 1-20,<br><br>　　　　　　　　　Defendants. | No. C04-2033C<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION |

Plaintiff Microsoft Corporation ("Microsoft) and defendants Leonid "Leo" Radvinsky ("Radvinsky"), Cybertania, Inc. ("Cybertania"), and Activsoft, Inc. ("Activsoft") (collectively "defendants") have entered into a binding Settlement Agreement resolving all claims arising out of the actions alleged in Microsoft's Complaint for Damages and Injunction in this matter. Microsoft and defendants hereby STIPULATE AND AGREE to the entry of an Order Granting the parties' Stipulated Permanent Injunction in favor of Microsoft against defendants in the form attached hereto as Exhibit A.

STIPULATION FOR ENTRY OF
PERMANENT INJUNCTION - 1
CASE NO. C04-2033C

K:\00103\02645\RJD\RJD_P229X

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2  DATED this 13th day of ~~March~~ April, 2005.    DATED this 8th day of ~~March~~ April, 2005.

3

4  Preston Gates & Ellis LLP                        Thompson Gipe P.C.

5
   By /s/                                           By /s/
6  David A. Bateman, WSBA #14262                    Lindsay Thompson, WSBA #15432
   Robert J. Dzielak, WSBA #26178                   Thompson Gipe P.C.
7  Preston Gates & Ellis                            1900 W. Nickerson Street, Suite 290
   925 Fourth Ave., Suite 2900                      Seattle, WA 98119-1650
8  Seattle, WA 98104-1158                           Phone: (206) 285-4130
   Phone: (206) 623-7580                            Fax: (206) 285-4610
9  Fax: (206) 623-7022                              E-mail: tradelaw@thompson-law.com
   E-mail: robertd@prestongates.com
10
   Attorneys for Plaintiff                          Attorneys for Defendants
11 Microsoft Corporation                            Leonid "Leo" Radvinsky
                                                    Cybertania, Inc.
12                                                  Activsoft, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR ENTRY OF
PERMANENT INJUNCTION - 2
CASE NO. C04-2033C

K:\00103\02645\RJD\RJD_P229X

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

|   | Honorable John C. Coughenour |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICROSOFT CORPORATION, a Washington corporation, | No. C04-2033C |
|---|---|
| Plaintiff, | ORDER GRANTING PARTIES STIPULATED PERMANENT INJUNCTION |
| v. | |
| LEONID "LEO" RADVINSKY, an individual, CYBERPOWER PTY, LTD., a foreign corporation, CYBERTANIA, INC., an Illinois corporation, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 1-20, | |
| Defendants. | |

Plaintiff Microsoft Corporation ("Microsoft") and defendants Leonid "Leo" Radvinsky ("Radvinsky"), Cybertania, Inc. ("Cybertania"), and Activsoft, Inc. ("Activsoft") (collectively "defendants") have entered into a binding Settlement Agreement resolving all claims against defendants arising out of the actions alleged in Microsoft's Complaint for Damages and Injunction in this matter, and have stipulated to the entry of this Permanent Injunction in favor of Microsoft against defendants.

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

ORDER GRANTING PARTIES' STIPULATED
PERMANENT INJUNCTION - 1
CASE NO. C04-2033C

K:\00103\02645\RJD\RJD_P229W

Exhibit A

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

ORDER

1. Pursuant to Civil Rule 65(d), defendants, their agents, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from:

    a. sending, transmitting, or advertising in, or directing, aiding, facilitating or conspiring with others to send, transmit, or advertise in, any commercial electronic communication of any kind that is in violation of Washington's Commercial Electronic Mail Act, Washington's Consumer Protection Act, or the federal CAN-SPAM Act; and

    b. using, or directing, aiding, facilitating, causing, or conspiring with others to use the computers or computer networks of Microsoft's communication services, including but not limited to MSN Internet Access or MSN Hotmail, in violation of or inconsistent with MSN Terms of Use located at http://privacy.msn.com/tou/; and

    c. obtaining, compiling, selling, trafficking in, or trading, or directing, aiding, or conspiring with others to obtain, compile, sell, traffic in, or trade e-mail addresses for the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications in violation of any state or federal anti-spam law; and

    d. opening, creating or accessing, or directing, aiding, facilitating or conspiring with others to open, create, or access any Microsoft Communication Services accounts, including but not limited to MSN Internet Access or MSN Hotmail e-mail accounts, inconsistent with MSN Terms of Use located at http://privacy.msn.com/tou/; and

ORDER GRANTING PARTIES' STIPULATED
PERMANENT INJUNCTION - 2
CASE NO C04-2033C

K:\00103\02645\RJD\RJD_P229W

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

      e.      selling, offering for sale or distributing, or directing, aiding, or conspiring with others to sell, offer for sale or distribute any software that allows the user to send unsolicited bulk or unsolicited commercial electronic communications to any MSN Communication Services, including MSN Internet Access or MSN Hotmail, or any other Internet subscriber.

      2.      Defendants shall provide a copy of this Stipulated Permanent Injunction to each affiliate and successor-in-interest, acting on his or its behalf in regard to any e-mail, instant messaging, or internet marketing.

**ORDER GRANTED** this _____ day of _____, 2005.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP

By____/s/ Robert J. Dzielak_____
    David A. Bateman, WSBA # 14262
    Robert J. Dzielak, WSBA #26178
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone : (206) 623-7580
Fax: (206) 623-7022
E-mail: robertd@prestongates.com
Attorneys for Petitioners
Microsoft Corporation

ORDER GRANTING PARTIES' STIPULATED
PERMANENT INJUNCTION - 3
CASE NO. C04-2033C

K:\00103\02645\RJD\RJD_P229W

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022