UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>LEONID "LEO" RADVINSKY, an individual, CYBERPOWER PTY, LTD., a foreign corporation, CYBERTANIA, INC., an Illinois corporation, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 1-20,<br><br>                      Defendants. | No. C04-2033C<br><br>ORDER GRANTING PARTIES STIPULATED PERMANENT INJUNCTION |

      Plaintiff Microsoft Corporation ("Microsoft) and defendants Leonid "Leo" Radvinsky ("Radvinsky"), Cybertania, Inc. ("Cybertania"), and Activsoft, Inc. ("Activsoft") (collectively "defendants") have entered into a binding Settlement Agreement resolving all claims against defendants arising out of the actions alleged in Microsoft's Complaint for Damages and Injunction in this matter, and have stipulated to the entry of this Permanent Injunction in favor of Microsoft against defendants.

      Based on the Stipulation of the parties, it is hereby ORDERED as follows:

ORDER

1.  Pursuant to Civil Rule 65(d), defendants, their agents, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from:

    a.  sending, transmitting, or advertising in, or directing, aiding, facilitating or conspiring with others to send, transmit, or advertise in, any commercial electronic communication of any kind that is in violation of Washington's Commercial Electronic Mail Act, Washington's Consumer Protection Act, or the federal CAN-SPAM Act; and

    b.  using, or directing, aiding, facilitating, causing, or conspiring with others to use the computers or computer networks of Microsoft's communication services, including but not limited to MSN Internet Access or MSN Hotmail, in violation of or inconsistent with MSN Terms of Use located at http://privacy.msn.com/tou/; and

    c.  obtaining, compiling, selling, trafficking in, or trading, or directing, aiding, or conspiring with others to obtain, compile, sell, traffic in, or trade e-mail addresses for the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications in violation of any state or federal anti-spam law; and

    d.  opening, creating or accessing, or directing, aiding, facilitating or conspiring with others to open, create, or access any Microsoft Communication Services accounts, including but not limited to MSN Internet Access or MSN Hotmail e-mail accounts, inconsistent with MSN Terms of Use located at http://privacy.msn.com/tou/; and

e. selling, offering for sale or distributing, or directing, aiding, or conspiring with others to sell, offer for sale or distribute any software that allows the user to send unsolicited bulk or unsolicited commercial electronic communications to any MSN Communication Services, including MSN Internet Access or MSN Hotmail, or any other Internet subscriber.

2. Defendants shall provide a copy of this Stipulated Permanent Injunction to each affiliate and successor-in-interest, acting on his or its behalf in regard to any e-mail, instant messaging, or internet marketing.

**ORDER GRANTED** this 14th day of April, 2005.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP

By    /s/ Robert J. Dzielak
    David A. Bateman, WSBA # 14262
    Robert J. Dzielak, WSBA #26178
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone :  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  robertd@prestongates.com
Attorneys for Petitioners
Microsoft Corporation