Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEONID "LEO" RADVINSKY, an individual, CYBERPOWER PTY, LTD., a foreign corporation, CYBERTANIA, INC., an Illinois corporation, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 1-20,<br><br>Defendants. | No. C04-2033C<br><br>ORDER OF DISMISSAL OF DEFENDANTS RADVINSKY, CYPERTANIA, INC. AND ACTIVSOFT, INC. |

Pursuant to the Stipulation of the parties, the Court hereby DISMISSES defendants Leonid "Leo" Radvinsky ("Radvinsky"), Cybertania, Inc. ("Cybertania"), and Activsoft, Inc. ("Activsoft") with prejudice and without costs to any party.

**DATED** this 17th day of May, 2005.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL OF
RADVINSKY, CYPERTANIA, INC.
AND ACTIVSOFT, INC. - 1
CASE NO. C04-2033C