

04-CV-02033-ORD

Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION<br>a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBERPOWER PTY, LTD,<br>a foreign corporation; LEONID "LEO"<br>RADVINSKY, an individual;<br>ACTIVSOFT, INC., an Illinois<br>corporation; and JOHN DOES 3-20,<br><br>Defendants. | No. CV4-2033C<br><br>ORDER ALLOWING THE<br>WITHDRAWAL OF COUNSEL<br>FOR DEFENDANTS<br>CYBPERPOWER PTY, LTD;<br>LEONID RADVINSKY; AND<br>ACTIVSOFT, INC.<br><br>[PROPOSED] |

The motion of counsel for defendants Cyberpower Pty, Ltd; Leonid Radvinsky;
and Activsoft, Inc., is hereby granted.

DATED this 24 day of May, 2005.

Hon. John C. Coughenour, Judge

Presented by:
/s/ Lindsay Thompson
Attorney for Defendants Cyberpower Pty, Ltd;
Leonid Radvinsky; and Activsoft, Inc.

ORDER TO ALLOW COUNSEL FOR DEFENDANTS CYBERPOWER,
RADVINSKY AND ACTIVSOFT TO WITHDRAW: 1